UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARCENIO CUELLAR,<br>　　　　Plaintiff,<br>　　v.<br>USA GOVERNMENT,<br>　　　　Defendant. | Case No. 18-cv-06327-RS (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has not complied with the Court's order to file a (i) complete application to proceed *in forma pauperis* (IFP), or (ii) pay the $400.00 filing fee. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's orders and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain a complete IFP application, or full payment for the $400.00 filing fee. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** November 27, 2018

RICHARD SEEBORG
United States District Judge