UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE ARCENIO CUELLAR,
    Plaintiff,

v.

USA GOVERNMENT,
    Defendant.

Case No. 18-cv-06327-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff was ordered to file an amended complaint. (Dkt. No. 11.) Since those instructions were issued, plaintiff filed a letter stating that he will not file an amended complaint: "Sorry, but I am not going to submit more petition [*sic*] to the court." (Dkt. No. 14.) The Court regards this as a refusal to prosecute this action and a refusal to comply with the Court's orders. Accordingly, this action is DISMISSED (without prejudice) under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion shall be accompanied by an amended complaint that complies in all respects with the Court's instructions set forth in the order dismissing the complaint with leave to amend. The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED.**

**Dated:** January 24, 2019

RICHARD SEEBORG
United States District Judge